Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-0027RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| RICHARD DYSON, | |
| Defendant. | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that Defendant's unopposed motion is GRANTED. The trial date in this matter is continued from April 20, 2015 to October

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PTMs DUE DATE - 1
*United States v. Dyson* / CR15-0027RSM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  13, 2015 at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed
2  no later than September 3, 2015.
3      IT IS FURTHER ORDERED that the period of time from the date of this Order
4  through the new trial date of October 13, 2015, shall be excludable time pursuant to the
5  Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

    DATED this 24 day of March, 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/   Jesse G. Cantor*
Jesse G. Cantor
Attorney for Richard Dyson

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND PTMs DUE
DATE - 2
*United States v. Dyson* / CR15-0027RSM

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**